EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2002

at 12 o'clock and 17 p.m. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00200 |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [18 U.S.C. §§ 922(g) and |
| vs. ) | 924(a)(2)] |
| ) | |
| VINCENT K. HIGA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges that:

On or about August 6, 2000, in the District of Hawaii, defendant VINCENT K. HIGA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce a firearm that is, a Mossborg 12 gauge shotgun, serial # J100112.

All in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

DATE: May 16, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/
---
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
---
ELLIOT ENOKI
First Assistant U.S. Attorney

_[signature]_
---
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Vincent K. Higa</u>
Cr. No. _____
INDICTMENT

2